**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6112**

———————————

GUSTAVO FERNANDO GARCIA,

                              Petitioner - Appellant,

        versus

GEORGE SNYDER, Warden,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (5:05-hc-00229-FL)

———————————

Submitted: August 24, 2006          Decided: August 29, 2006

———————————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gustavo Fernando Garcia, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gustavo Fernando Garcia, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Garcia v. Snyder, No. 5:05-hc-00229-FL (E.D.N.C. Dec. 22, 2005). We deny Garcia's motion to intervene to prevent his transfer. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED